IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELISE BRATHWAITE,

                Plaintiff,

      v.                        Civil Action No. 26-349-CFC

STATE FARM FIRE AND
CASUALTY COMPANY and
GRIFFITH ENERGY SERVICES,
INC. d/b/a CARL KING ENERGY
SERVICES, INC.,

                Defendants.

---

## MEMORANDUM ORDER

WHEREAS Plaintiff initiated this case with the filing of a Complaint in the Superior Court of Delaware on February 20, 2026, D.I. 1-1 at 5, 23–24;

WHEREAS Plaintiff alleges in the Complaint state law claims, D.I. 1-1 ¶¶ 45–89; *see also* D.I. 1-1 ¶¶ 45–52 (Plaintiff's requests for declaratory judgments in Counts I and II not invoking the federal Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202);

WHEREAS Defendant State Farm Fire and Casualty Company (State Farm) removed the case to this Court on March 30 without Defendant Griffith Energy Services Inc. d/b/a Carl King Energy Services, Inc. (Griffith) joining in or simultaneously consenting to the removal, D.I. 1;

WHEREAS "Griffith concedes that its window to remove this matter expired on April 1," D.I. 24 at 2;

WHEREAS Plaintiff moved to remand the case to the Superior Court on April 7, D.I. 7; State Farm filed a "Notice of [Griffith's] Consent to Removal" on April 8, D.I. 9; Griffith filed a "Notice of Consent to Removal" on April 9, D.I. 10; and I am inclined to deny the Motion to Remand;

WHEREAS the Superior Court had jurisdiction over the case;

WHEREAS I can think of no good reason that would explain State Farm's decision to remove the case to this Court; and

WHEREAS removal of this case by State Farm caused delay and increased the burden and cost on Plaintiff to litigate this matter;

NOW THEREFORE, at Wilmington on this Fifth Day of June in 2026, it is HEREBY ORDERED that:

1. Trial will be held in this case on December 14, 2026 or on the earliest date that Plaintiff desires that the Court can accommodate.

2. **Discovery will begin immediately and will not be stayed or delayed pending the resolution of any pretrial motions.**

3. An in-person scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on Monday, June 22, 2026 at 1:30 p.m. in Courtroom 4B.

4. The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Non-Patent Cases" (revised on May 1, 2026), available on the Court's website.

5. No later than 48 hours before the scheduling conference, counsel for Defendants shall file on behalf of both sides a proposed scheduling order using the "Rule 16 Scheduling Order for Non-Patent Cases" form. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

6. The parties are reminded that Exhibit A must be filed with the Proposed Scheduling Order. The parties are further ordered to list in Exhibit A the due dates for any reply briefs.

7. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

_____
CHIEF JUDGE

3